# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JIMMIE WILLIAMS,

        Plaintiff,

vs.

JOHNNIE B. SHAW, JR., *et al.,*

        Defendants.

Case No.: 2:12-cv-01022-GMN-CWH

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE HOFFMAN**

    Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered September 24, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

    **IT IS THEREFORE ORDERED** that Plaintiff's Complaint (ECF No. 3) is dismissed with prejudice for failure to file an amended complaint.

    **DATED** this 5th day of December, 2012.

_____
Gloria M. Navarro
United States District Judge